Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*IFP Submitted*

# UNITED STATES DISTRICT COURT

for the

Central District of California

Southern Division

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 1 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| Nikolos Edward Carrafield | Case No. **8:25-cv-01584-MRA-(ADSx)** |
| | *(to be filled in by the Clerk's Office)* |
| **Plaintiff(s)** *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| Experian Information Services, LLC | |
| **Defendant(s)** *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nikolos Edward Carrafield |
| Street Address | 317 San Tropez Ct |
| City and County | Laguna Beach, Orange County |
| State and Zip Code | California 92651 |
| Telephone Number | (949) 282-8607 |
| E-mail Address | NikoCarrafield@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                         Experian Information Services, LLC

    Job or Title *(if known)*

    Street Address               475 Anton Blvd

    City and County            Costa Mesa, Orange County

    State and Zip Code        California, 92626

    Telephone Number         (714) 830-7000

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This case arises under federal question jurisdiction pursuant to 28 U.S.C. § 1331. Plaintiff brings claims under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq., and other applicable federal laws.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*   Nikolos Edward Carrafield                     , is a citizen of the State of *(name)*   California                            .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

eset

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

 

b.     If the defendant is a corporation

The defendant, *(name)*   Experian Information Services, LLC   , is incorporated under
the laws of the State of *(name)*   Ohio            , and has its
principal place of business in the State of *(name)*   Texas        .
Or is incorporated under the laws of *(foreign nation)*         ,
and has its principal place of business in *(name)*        .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy is more than $75,000 because Plaintiff seeks monetary damages for willful and negligent violations of the Fair Credit Reporting Act, including but not limited to: emotional distress, harm to reputation, and financial loss due to Experian's reporting of false, inaccurate, and misleading credit information.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff Nikolos Edward Carrafield brings this action under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq., against Defendant Experian Information Services, LLC, for willfully and negligently reporting inaccurate and false information on Plaintiff's credit report.

Despite multiple disputes submitted to Experian identifying the errors and requesting reinvestigation, Experian failed to conduct a reasonable investigation or correct the reporting. As a result, Plaintiff suffered damage to reputation, credit denials, emotional distress, and financial loss from higher interest rates and rejected loan

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully requests the following relief:
- Actual damages in the amount of $60,000 for financial harm, emotional distress, and out-of-pocket expenses resulting from Experian's actions;
- Punitive damages in the amount of $100,000 for willful violations of the Fair Credit Reporting Act;
- Costs of this action, including court filing fees and any service costs;
- Any other relief the Court deems just and proper.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    July 21 2025

Signature of Plaintiff

Printed Name of Plaintiff    Nikolos Edward Carrufield

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Print        Save As        Add Attachment        Reset